# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:16-CR-42 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| BING LIN PAN (12) | : | |
| a/k/a "PAN BING LIN" | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 8th day of March, 2019, upon consideration of the Government's Motion (Doc. 457) to Dismiss Pursuant to Fed.R.Crim.P. 48(a), it is hereby ORDERD that said motion is GRANTED. The Indictment in this matter is hereby DISMISSED without prejudice.

          /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania